THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMERSON THUR-
MAN, Appellant, v GARY HODGES, as Superintendent of Gow-
anda Correctional Facility, et al., Respondents.

Submitted October 14, 2003; decided December 2, 2003

Motion for leave to appeal dismissed upon the ground that
the orders sought to be appealed from do not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.